

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00301-CV

| | | |
|---|---|---|
| SETH DAVID COTTRELL, Appellant | § | On Appeal from County Court at Law No. 3 |
| v. | § | of Tarrant County (2023-006802-3) |
| AMICA MUTUAL INSURANCE COMPANY, AS SUBROGEE OF MICHAEL GRAHAM, Appellee | § | February 20, 2025 |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
   Justice Elizabeth Kerr